ROB BONTA
Attorney General of California
R. LAWRENCE BRAGG
ALICIA A. BOWER
Supervising Deputy Attorneys General
CAROLYN G. WIDMAN
SHAMIRA DWARICA
RAYE A. HUTSLAR
DENNIS M. WONG
NECULAI GRECEA
Deputy Attorneys General
State Bar No. 307570
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013-1230
  Telephone: (213) 269-6443
  Fax: (916) 731-3641
  E-mail: Neculai.Grecea@doj.ca.gov
*Attorneys for Special Appearance*

DAN STORMER
MORGAN RICKETTS (SBN 268892)
  Hadsell Stormer Renick & Dai LLP
  128 N. Fair Oaks Ave.
  Pasadena, CA 91103
  Tel: (626) 585-9600
  E-mail: mricketts@hadsellstormer.com

YASHNA ESWARAN
JENNY HUANG (SBN 223596)
  Justice First LLP
  490 43rd Street, #108
  Oakland, CA 94609
  Tel: (510) 628-0695
  E-mail: jhuang@justicefirst.net

LINDSAY BATTLES
BARRETT LITT (SBN 45527)
  McLane, Bednarski & Litt LLP
  975 E. Green Street
  Pasadena, CA 91106
  Tel: (626) 844-7660
  E-mail: blitt@mbllegal.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| **California Coalition for Women Prisoners, JANE DOES # 1 – 6, individually and on behalf of others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**SCOTT LEE, M.D.; JAMES ELLIOTT; KENNETH MAXWELL; JEFF MACOMBER; DIANA TOCHE, M.D.; ANTHONY KEVIN; ANGELA KENT; JENNIFER CORE; MONA HOUSTON; RICHARD MONTES; MOLLY HILL; ROB KETTLE; LUIS GONZALEZ; MESVEEN KUMAR; J. CLARK KELSO; and Does 1-20,**<br><br>Defendants. | 5:25-cv-00283-SP<br><br>**JOINT STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE**<br><br>**[Fed. R. Civ. P. 6(b)]**<br><br>Judge:       The Honorable Sheri Pym<br>Action Filed: February 2, 2025 |

1

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 6(b), the parties, by and through their attorneys of record, stipulate as follows:

1. Plaintiffs California Coalition for Women Prisoners and Jane Does #1-6 filed the Complaint on February 2, 2025. (ECF No. 1.)

2. Proofs of service filed with the Court indicate that Defendant Lee was served on February 3, 2025, Defendants Toche, Kent, Macomber, Kevin, Maxwell, Kumar, Hill, Gonzalez, Kelso, and Elliott were served on February 4, 2025, and Defendants Kettle and Houston were served on February 7, 2025. (ECF No. 7.)

3. Defendants' responsive pleading(s) are currently due between February 24, 2025 and February 28, 2025. (ECF No. 7; *see also* Fed. R. Civ. P. 12(a)(1)(A)(i).)

4. The Attorney General's Office requires additional time to respond to the Complaint. First, the Attorney General's Office is currently in the process of ascertaining which defendants it will represent in this action. Second, given that several of the individuals sued in this action are no longer employed with the California Department of Corrections and Rehabilitation (CDCR), the Attorney General's Office requires additional time to contact those individuals and ascertain the scope of legal representation, if any. Third, this matter was received by the Attorney General's Office on February 14, 2025. The undersigned counsel for Defendants require additional time to review the Complaint, conduct a preliminary investigation into the allegations, contact the prospective defendants, and draft a pleading that is appropriately responsive to nearly 400 paragraphs of allegations contained in a ninety-three page operative pleading. Fourth, Defendants are currently ignorant of the Plaintiff's names, making it difficult to fully obtain and review any pertinent documents. Fifth and final, defense counsel will require ample time to meet and confer with opposing counsel to make a good faith effort to resolve any issues that may arise.

5. Given the extent of the allegations, length of the Complaint, and laborious task of preparing a responsive pleading, Defendants expect that a sixty-day extension of their current response deadline, up to and including April 28, 2025, will allow them to adequately prepare their response to the Complaint.

6. Plaintiffs are agreeable to the additional time requested by Defendants.

7. Accordingly, the parties stipulate and respectfully request that Defendants shall have up to, and including April 28, 2025, to respond to the Complaint.

| | |
|---|---|
| Dated: February 20, 2025 | Respectfully submitted,<br><br>ROB BONTA<br>Attorney General of California<br>R. LAWRENCE BRAGG<br>ALICIA A. BOWER<br>Supervising Deputy Attorneys General<br><br>*/s/ Neculai Grecea*<br>NECULAI GRECEA<br>CAROLYN G. WIDMAN<br>SHAMIRA DWARICA<br>RAYE A. HUTSLAR<br>DENNIS M. WONG<br>Deputy Attorneys General<br>*Attorneys for Special Appearance* |
| Dated: February 20, 2025 | */s/ Morgan Ricketts*<br>MORGAN RICKETTS<br>DAN STORMER<br>  Hadsell Stormer Renick & Dai LLP |
| */s/ Jenny Huang*<br>JENNY HUANG<br>YASHNA ESWARAN<br>  Justice First LLP | */s/ Barrett Litt*<br>BARRETT LITT<br>LINDSAY BATTLES<br>  McLane, Bednarski & Litt LLP<br>*Attorneys for Plaintiffs* |

LA2025300821
67436155

3

# ATTESTATION

*\*\*\*Per Local Rule 5-4.3.4(a)(2)(i), Neculai Grecea, the filer of this document, attests that all other signatories listed herein, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **California Coalition For Women Prisoners, et al. v. Scott Lee, M.D., et al.** | No. | **5:25-cv-00283-SP** |

I hereby certify that on <u>February 20, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **JOINT STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE [Fed. R. Civ. P. 6(b)]**

2. **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTENT RESPONSIVE PLEADING DEADLINE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>February 20, 2025</u>, at Los Angeles, California.

| K. Yeoun | */s/ K. Yeoun* |
|---|---|
| Declarant | Signature |

LA2025300821
38807666