UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT LEE, et al., <br><br> Defendants. | Case No. 5:25-cv-00283-SP <br><br> ORDER SETTING SCHEDULING CONFERENCE |

    This matter is set for a scheduling conference on **May 6, 2025**, at 10:00 a.m. in Courtroom 4 of the United States District Court, Riverside Courthouse, located at 3470 Twelfth Street in Riverside, California.  The conference will be held pursuant to Fed. R. Civ. P. 16(b).  Counsel responsible for the conduct of this litigation must be present.  The court intends to hold the conference by Zoom or other video conferencing, but counsel must contact the Courtroom Deputy Clerk in advance to arrange the video appearance, or if counsel wish to appear in person or by other means.

    The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the scheduling conference, and to file a report with the court not later than 14 days after they

confer as required by Fed. R. Civ. P. 26 and the Local Rules of this court. The parties' report shall address not only those subjects required by Fed. R. Civ. P. 26(f), but also the following:

    (1)    A short synopsis of the case;

    (2)    A brief description of the key legal issues now known, including any unusual substantive, procedural, or evidentiary issues;

    (3)    A summary of the present state of discovery, and the proposed completion date for all discovery;

    (4)    If the parties anticipate calling expert witnesses, a proposed schedule for compliance with Fed. R. Civ. P. 26(a)(2);

    (5)    The proposed dates for the pretrial conference and trial;

    (6)    A realistic estimate of the number of court days required to present each side's case-in-chief;

    (7)    Whether the trial is to be by jury or by the court;

    (8)    The proposed dates and procedure for compliance with Local Rules 16-15 to 16-15.9 regarding settlement efforts; and

    (9)    A statement of any other issues that may affect the status or management of the case.

    IT IS SO ORDERED.

DATED: April 7, 2025

                                            _____
                                            SHERI PYM
                                            UNITED STATES MAGISTRATE JUDGE