1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **California Coalition for Women Prisoners, JANE DOES # 1 – 6, individually and on behalf of others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**SCOTT LEE, M.D.; JAMES ELLIOTT; KENNETH MAXWELL; JEFF MACOMBER; KATHLEEN ALLISON; DIANA TOCHE, M.D.;CONNIE GIPSON; SHEREEF AREF; KEVIN ANTHONY; ANGELA KENT; LAVELLE PARKER, JENNIFER CORE; MONA HOUSTON; RICHARD MONTES; MOLLY HILL; ROB KETTLE; LUIS GONZALEZ; M.A. MESVEEN CHAND; R.N. ROSA LOPEZ; and Does 1-20,**<br><br>Defendants. | Case No. 5:25-cv-00283-SP<br><br>**ORDER GRANTING JOINT STIPULATION TO (1) EXTEND RESPONSIVE PLEADING DEADLINE, AND (2) EXTEND DEADLINE TO MEET AND CONFER ON DISCOVERY PLAN** |

Good cause appearing, the parties' stipulation is **GRANTED**. It is hereby ordered that:

1. The deadline for Defendants Kathleen Allison, Connie Gipson, Shereef Aref, Rosa Lopez, and Lavelle Parker to respond to Plaintiff's Complaint is hereby extended up to, and including, June 16, 2025; and
2. The deadline for the parties to meet and confer on a discovery plan is extended from May 27, 2025 until June 6, 2025.

**IT IS SO ORDERED**.

Dated: May 28, 2025

_____
The Honorable Sheri Pym
United States Magistrate Judge