IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **California Coalition for Women Prisoners, JANE DOES # 1 – 6, individually and on behalf of others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT LEE, M.D.; JAMES ELLIOTT; KENNETH MAXWELL; JEFF MACOMBER; KATHLEEN ALLISON; DIANA TOCHE, M.D.; CONNIE GIPSON; SHEREEF AREF; KEVIN ANTHONY; ANGELA KENT; LAVELLE PARKER, JENNIFER CORE; MONA HOUSTON; RICHARD MONTES; MOLLY HILL; ROB KETTLE; LUIS GONZALEZ; M.A. MESVEEN CHAND; R.N. ROSA LOPEZ; and Does 1-20,<br><br>Defendants. | Case No. 5:25-cv-00283-SP<br><br>**ORDER GRANTING JOINT STIPULATION FOR TEMPORARY PROTECTIVE ORDER** |

1  Good cause appearing, the parties' stipulation for a temporary protective order
2  (ECF 69) pending decision on the parties' request for ruling on disputed sections of
3  the protective order (ECF 66) is **GRANTED**.
4  IT IS HEREBY ORDERED THAT all parties shall comply with the
5  undisputed sections of the proposed protective order including, but not limited to,
6  Sections 8.2 ("Disclosure of "CONFIDENTIAL" Information or Items") and 8.3
7  ("Disclosure of "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"
8  Information or Items") pending decision on the request for ruling on disputed
9  sections of the proposed protective order (ECF 66).
10  **IT IS SO ORDERED**.

12  Dated: October 9, 2025

    The Honorable Sheri Pym
    United States Magistrate Judge