IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **California Coalition for Women Prisoners, JANE DOES # 1 – 6, individually and on behalf of others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**SCOTT LEE, M.D.; JAMES ELLIOTT; KENNETH MAXWELL; JEFF MACOMBER; KATHLEEN ALLISON; DIANA TOCHE, M.D.;CONNIE GIPSON; SHEREEF AREF; KEVIN ANTHONY; ANGELA KENT; LAVELLE PARKER, JENNIFER CORE; MONA HOUSTON; RICHARD MONTES; MOLLY HILL; ROB KETTLE; LUIS GONZALEZ; M.A. MESVEEN CHAND; R.N. ROSA LOPEZ; and Does 1-20,**<br><br>Defendants. | Case No. 5:25-cv-00283-SP<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO AMEND PLEADINGS OR ADD PARTIES** |

1  Good cause appearing, the parties' stipulation to extend the deadline to amend
2  pleadings or add parties (ECF 68) is **GRANTED**. It is hereby ordered that:
3  The deadline to amend pleading or add parties is hereby extended up to, and
4  including, December 2, 2025.

6  **IT IS SO ORDERED**.

8  Dated: October 9, 2025

                                              The Honorable Sheri Pym
                                              United States Magistrate Judge