| | |
|---|---|
| ROB BONTA<br>Attorney General of California<br>R. LAWRENCE BRAGG<br>ALICIA A. BOWER<br>Supervising Deputy Attorneys General<br>CAROLYN G. WIDMAN<br>SHAMIRA DWARICA<br>RAYE A. HUTSLAR<br>DENNIS M. WONG<br>JACQUELINE KALLBERG<br>Deputy Attorneys General<br>State Bar No. 173951<br>  450 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102   Telephone: (415) 510-3577<br>  Fax:  (415) 703-5480<br>  E-mail:  dennis.wong@doj.ca.gov<br>*Attorneys for Defendants* | DAN STORMER<br>MORGAN RICKETTS (SBN 268892)<br>  Hadsell Stormer Renick & Dai LLP<br>  128 N. Fair Oaks Ave.<br>  Pasadena, CA 91103<br>  Tel: (626) 585-9600<br>  E-mail: mricketts@hadsellstormer.com<br><br>JENNY HUANG (SBN 223596)<br>  Justice First<br>  490 43rd Street, #108<br>  Oakland, CA 94609<br>  Tel: (510) 628-0695<br>  E-mail: jhuang@justicefirst.net<br><br>LINDSAY BATTLES<br>BARRETT LITT (SBN 45527)<br>  McLane, Bednarski & Litt LLP<br>  975 E. Green Street<br>  Pasadena, CA 91106<br>  Tel: (626) 844-7660<br>  E-mail: blitt@mbllegal.com<br>*Attorneys for Plaintiffs* |
| SUSAN E. COLEMAN (SBN 171832)<br>LAUREN S. DOSSEY<br>  Burke, Williams & Sorensen, LLP<br>  444 S. Flower St., 40th Floor<br>  Los Angeles, CA 90071<br>  Tel: (213) 236-0600<br>  E-mail: scoleman@bwslaw.com<br>*Attorneys for Defendant S. Lee* | |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **California Coalition for Women Prisoners, JANE DOES # 1 – 6, individually and on behalf of others similarly situated,**<br><br>                                        Plaintiffs,<br>v.<br>**SCOTT LEE, M.D., et al.,**<br><br>                                        Defendants. | Case No. 5:25-cv-00283-SP<br><br>**STIPULATED MOTION TO  (1) EXTEND DEADLINE TO AMEND PLEADINGS OR ADD PARTIES; AND (2) EXTEND DEADLINE TO CONDUCT INITIAL MEDIATION**<br><br>**[Fed. R. Civ. P. 6(b)]**<br><br>Judge:  The Honorable Sheri Pym<br>Action Filed: February 2, 2025 |

Pursuant to Federal Rule of Civil Procedure 6(b), the parties, by and through their attorneys of record, stipulate to and respectfully request a 90-day continuance

of the deadline for amending the pleadings and a 6-month continuance of the deadline to conduct initial mediation.

## BACKGROUND

1. Plaintiffs California Coalition for Women Prisoners and Jane Does #1-6 filed a First Amended Complaint on May 2, 2025. (ECF No. 33.) The Court issued a Civil Trial Scheduling Order on June 18, 2025, which includes a deadline to conduct initial mediation by February 27, 2026. (ECF No. 50.) The Court issued an order on October 9, 2025, pursuant to a joint stipulation by the parties, extending the deadline to amend pleading or add parties to December 2, 2025. (ECF No. 71.)

2. Plaintiffs require additional time to assess whether potential amendments are necessary. Since filing the last joint stipulation, the parties have agreed to multiple extensions to respond to discovery requests. Defendants have produced an initial set of documents that include the medical files and portions of the C-files for the six putative class representatives. Defendants have agreed and are working to produce medical and C-files for a sub-set of putative class members where signed release authorizations have been provided; those materials have not yet been produced. The parties are also still working to narrow the scope of certain requests and agree on search terms to expedite the search for and production of relevant documents. The parties had a meet and confer conference on October 30, 2025 and are in the process of finalizing search terms.

3. The parties also believe mediation will be more productive after additional discovery has been completed. The parties will be in a better position to analyze their respective positions in the lawsuit with the benefit of further discovery, which will provide for a more meaningful attempt at mediation. Given the expected timing of discovery responses and document productions, the parties believe a 6-month extension may be sufficient time to allow for a productive initial mediation. The parties have exchanged names of potential mediators, but have not yet agreed on a mediator for this case.

Therefore, the parties stipulate as follow:

1. The Court should extend the deadline to amend pleading or add parties to March 2, 2026;

2. The Court should extend the deadline to conduct initial mediation until August 27, 2026.

3. All other deadlines contained in the Civil Trial Scheduling Order will remain unchanged.

**IT IS SO STIPULATED.**

Dated: November 26, 2025                 Respectfully submitted,

ROB BONTA
Attorney General of California
R. LAWRENCE BRAGG
ALICIA A. BOWER
Supervising Deputy Attorneys General

*/s/ Susan E. Coleman*
SUSAN E. COLEMAN
LAUREN S. DOSSEY
  Burke, Williams & Sorensen, LLP
  *Attorneys for Defendant S. Lee*

*/s/ Dennis M. Wong*
JACQUELINE KALLBERG
CAROLYN G. WIDMAN
SHAMIRA DWARICA
RAYE A. HUTSLAR
DENNIS M. WONG
Deputy Attorneys General
*Attorneys for Defendants*

Dated: November 26, 2025                 */s/ Morgan Ricketts*
MORGAN RICKETTS
DAN STORMER
  Hadsell Stormer Renick & Dai LLP

*/s/ Jenny Huang*
JENNY HUANG
  Justice First

*/s/ Barrett Litt*
BARRETT LITT
LINDSAY BATTLES
  McLane, Bednarski & Litt LLP
*Attorneys for Plaintiffs*

**ATTESTATION**

*\*\*\*Per Local Rule 5-4.3.4(a)(2)(i), Jenny Huang, the filer of this document, attests that all other signatories listed herein, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*