| | |
|---|---|
| Dan Stormer, Esq. [S.B. # 101967]<br>Morgan Ricketts, Esq. [S.B. #268892]<br>Hadsell Stormer Renick & Dai LLP<br>128 N. Fair Oaks Avenue<br>Pasadena, California 91103<br>Telephone: (626) 585-9600<br>Facsimile: (626) 577-7079<br>Emails: dstormer@hadsellstormer.com<br>       mricketts@hadsellstormer.com<br><br>Jenny Huang, Esq. [S.B. #223596]<br>Justice First<br>490 43rd Street, # 108<br>Oakland, California 94609<br>Telephone: (510) 628-0695<br>Facsimile: (510) 605-3903<br>Email: jhuang@justicefirst.net | ROB BONTA<br>Attorney General of California<br>R. LAWRENCE BRAGG<br>ALICIA A. BOWER<br>Supervising Deputy Attorneys General<br>CAROLYN G. WIDMAN<br>SHAMIRA DWARICA<br>JACQUELINE KALLBERG<br>DENNIS M. WONG<br>RAYE HUTSLAR<br>Deputy Attorneys General<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 510-3577<br>Fax: (415) 703-5843<br>E-mail: Dennis. Wong@doj.ca.gov<br>Attorneys for Defendants J. Elliott, K. Maxwell, A. Kent, M. Houston, R. Montes, M. Hill, R. Kettle, L. Gonzalez, M. Chand, K. Anthony, D. Toche, J. Core, and J. Macomber |
| Barrett Litt, Esq. [S.B. # 45527]<br>Lindsay Battles, Esq. [S.B. # 262862]<br><br>McLane, Bednarski & Litt, LLP<br>975 E. Green Street<br>Pasadena, CA 91106<br>Telephone: (626) 844-7660<br>Facsimile: (626) 844-7670<br>Email: blitt@mbllegal.com<br>      lbattles@mbllegal.com<br>Attorneys for Plaintiffs | SUSAN E. COLEMAN (SBN 171832)<br>LAUREN S. DOSSEY<br>Burke, Williams & Sorensen, LLP<br>444 S. Flower St., 40th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 236-0600<br>E-mail: scoleman@bwslaw.com<br>Attorneys for Defendant Scott Lee |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA COALITION FOR WOMEN'S PRISONERS, et al.,**<br><br>                    Plaintiffs,<br><br>  v.<br><br>**SCOTT LEE, M.D., et al.,**<br><br>                    Defendants. | Case No.: 5:25-cv-00283-SP<br><br>**ORDER REGARDING SECOND AMENDED COMPLAINT AND DEFENDANTS' RESPONSIVE PLEADING DEADLINE** |

Pursuant to the stipulation of the parties, the Court orders as follows:

1. Plaintiffs shall file their Second Amended Complaint on or before March 2, 2026.
2. Defendants' deadline to file a responsive pleading is thirty (30) days after the date Plaintiffs file their Second Amended Complaint.
3. All other deadlines contained in the Civil Trial Scheduling Order and related amendments will remain unchanged (ECF Nos. 50, 71, 73).

**IT IS SO ORDERED.**

Dated:   January 23, 2026



_____
THE HONORABLE SHERI PYM

LA2025300821
95687019.docx