IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **California Coalition for Women Prisoners, JANE DOES # 1 – 6, individually and on behalf of others similarly situated,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**SCOTT LEE, M.D.; JAMES ELLIOTT; KENNETH MAXWELL; JEFF MACOMBER; KATHLEEN ALLISON; DIANA TOCHE, M.D.;CONNIE GIPSON; SHEREEF AREF; KEVIN ANTHONY; ANGELA KENT; LAVELLE PARKER, JENNIFER CORE; MONA HOUSTON; RICHARD MONTES; MOLLY HILL; ROB KETTLE; LUIS GONZALEZ; M.A. MESVEEN CHAND; R.N. ROSA LOPEZ; and Does 1-20,**<br><br>Defendants. | 5:25-cv-00283-SP<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO AMEND PLEADINGS OR ADD PARTIES**<br><br>**[Fed. R. Civ. P. 6(b)]**<br><br>Judge:  The Honorable Sheri Pym<br>Action Filed: February 2, 2025 |

1

Good cause appearing, the parties' stipulation for a 30-day continuance of the deadline to amend pleading or add parties is GRANTED. It is hereby ordered that the current deadline to amend pleading or add parties is extended from March 2, 2026 to April 1, 2026. All other deadlines contained in the Civil Trial Scheduling Order will remain unchanged.

**IT IS SO ORDERED.**

Dated: March 3, 2026_____

The Honorable Sheri Pym
United States Magistrate Judge

2