ROB BONTA
Attorney General of California
R. LAWRENCE BRAGG
ALICIA A. BOWER
Supervising Deputy Attorneys General
RAYE A. HUTSLAR
DENNIS M. WONG
JACQUELINE KALLBERG
Deputy Attorneys General
State Bar No. 173951
450 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102
Telephone: (415) 510-3577
Fax: (415) 703-5480
E-mail: dennis.wong@doj.ca.gov
*Attorneys for Defendants J. Macomber, D. Toche, C. Gipson, A. Kent, M. Hill, R. Montes, M. Houston, J. Core, J. Elliot, K. Maxwell, R. Lopez, and M. Chand*

SUSAN E. COLEMAN (SBN 171832)
LAUREN S. DOSSEY
Burke, Williams & Sorensen, LLP
444 S. Flower St., 40th Floor
Los Angeles, CA 90071
Tel: (213) 236-0600
E-mail: scoleman@bwslaw.com
*Attorneys for Defendant S. Lee*

DAN STORMER
MORGAN RICKETTS (SBN 268892)
Hadsell Stormer Renick & Dai LLP
128 N. Fair Oaks Ave.
Pasadena, CA 91103
Tel: (626) 585-9600
E-mail: mricketts@hadsellstormer.com

JENNY HUANG (SBN 223596)
Justice First
490 43rd Street, #108
Oakland, CA 94609
Tel: (510) 628-0695
E-mail: jhuang@justicefirst.net

LINDSAY BATTLES
BARRETT LITT (SBN 45527)
McLane, Bednarski & Litt LLP
975 E. Green Street
Pasadena, CA 91106
Tel: (626) 844-7660
E-mail: blitt@mbllegal.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

**CALIFORNIA COALITION FOR WOMEN PRISONERS, et al.,**

Plaintiffs,

**v.**

**SCOTT LEE, M.D., et al.,**

Defendants.

Case No. 5:25-cv-00283-SP

**ORDER GRANTING JOINT STIPULATION TO SET STATUS CONFERENCE FOR FEBRUARY 2, 2027**

Good cause appearing, the parties' stipulation is GRANTED. It is hereby ordered that:

1. A status conference is set for February 2, 2027 at 11:00 a.m., during which time case management deadlines will be discussed.

**IT IS SO ORDERED.**

Dated: September 8, 2026



The Honorable Sheri Pym
United States Magistrate Judge

LA2025300821
95736154.docx